**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ronald D. Davenport, Agent
   Wind Point Partners d/b/a Twitchell
   4031 Ross Clark Circle NW
   Dothan AL 36304

   1:06CV515-DRB STC

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Takisha Williams_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Lakisha Williams
C. Date of Delivery: 6-14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0002 0737 8103

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540