**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Norman Barber
Human Resources Director
Twitchell Corporation
4031 Ross Clark Circle NW
Dothan AL 36304
06-515 S&A and Cmp

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Tabitha Williams — ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Latisha Williams
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

P.O. 8132
Dothan AL 36304

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0002 0737 8172

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540