**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Tahisha Williams_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

_Lakisha Williams_

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

P.O. 8156

Dothan AL 36304

1. Article Addressed to:

Ronald D. Davenport
Registered Agent
Wind Point Partners
4031 Ross Clark Circle NW
Dothan AL 36304

06cV515 S+AndCmp

3. Service Type

☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service l...)    7003 1680 0002 0737 8158

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540