UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 JUL 18 A 9: 35

| | |
|---|---|
| GENERAL FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:06-CV-0515-DRB |
| | ) |
| WIND POINT PARTNERS, d/b/a | ) |
| TWITCHELL CORPORATION, | ) |
| and NORMAN BARBER, | ) |
| | ) |
| Defendants. | ) |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

7-17-06
Date

_[Signature]_
Signature

Twitchell Corporation + Norman Barber
Counsel For (**print** name of all parties)

926 So. Oates Street, Dothan, AL
Address, City, State, Zip Code

334-702-1332
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101