UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 JUL 20 A 9:39

| | |
|---|---|
| GENERAL FLOWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:06-CV-0515-DRB |
| ) | |
| WIND POINT PARTNERS, d/b/a ) | |
| TWITCHELL CORPORATION, ) | |
| and NORMAN BARBER, ) | |
| ) | |
| Defendants. ) | |

## CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

_7-17-06_
Date

_[signature]_
Signature

_General Flowers_
Counsel For (**print** name of all parties)

_301 19th Street North, Birmingham, AL 35203_
Address, City, State, Zip Code

_205-314-0500_
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101