IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-cv-515-DRB |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | JURY DEMAND |

## REPORT OF PARTIES' RULE 26 PLANNING MEETING

1. <u>Appearances</u>:

   Pursuant to Fed.R.Civ.P. 26(f), a meeting of the parties' representatives was held on August 7, 2006.

   a. Appearing on behalf of plaintiff:

   Temple D. Trueblood, Esq.; Wiggins Childs, Quinn & Pantazis, L.L.C.

   b. Appearing on behalf of defendant:

   Valerie D. Judah, Esq.

2. <u>Parties</u>:

   a. The plaintiff shall have until November 13, 2006, to join any additional parties.

   b. The defendant shall have until December 11, 2006, to join any additional parties.

3. <u>Pleadings</u>:

   a. The plaintiff shall have until November 13, 2006, to amend the pleadings.

   b. The defendant shall have until December 11, 2006, to amend the pleadings.

4. Dispositive Motions:

   All potentially dispositive motions must be filed no later than August 10, 2007.

5. Expert Testimony:

   Unless modified by stipulation of the parties, the disclosure of expert witnesses - including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert - are due:

   a. From the plaintiff: August 10, 2007;

   b. From the defendant: September 7, 2007;

6. Discovery Limitations and Cutoffs: The parties jointly propose to the Court the following discovery plan:

   Discovery is needed on the following subjects: liability, defenses and damages.

   Settlement cannot be realistically evaluated prior to substantial discovery.

   a. Unless modified by stipulation of the parties:

   Depositions:

   Maximum of 10 depositions by plaintiff and 10 depositions by defendant, with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

   Interrogatories:

   Maximum of 30 by each party, with responses due within 30 days after service.

   Request for Admission:

   Maximum of 25 by each party, with responses due within 30 days after service.

   Supplementation:

   Supplements under Rule 26(e), Fed.R.Civ.P., are due 30 days before the close of discovery.

   b. Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a)(1) by August 28, 2006.

   c. Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by October 10, 2007.

7. Pre-trial conference:

   The parties request a final pretrial conference on November 12, 2007.

8. Trial:

   This case should be ready for trial by December 10, 2007, and at this time is expected to take approximately 3-4 days for trial.

9. Final lists:

   Final lists of trial witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) must be served and filed:

   a. By the plaintiff: Thirty (30) days before the trial date.

   b. By the defendant: Thirty (30) days before the trial date.

   Objections are to be filed within 15 days after service of final lists of trial witnesses and evidence.

   10. Scheduling Conference:

   The parties do not request a scheduling conference prior to the entry of the Scheduling order.

   11. Counsel for the defendant has given plaintiff's counsel permission to submit hereon her electronic signature for submission to the Court.

   August 7th , 2006.

                Respectfully submitted,

                /s/ Temple D. Trueblood
                Ann C. Robertson
                Temple D. Trueblood
                Counsel for Plaintiff

OF COUNSEL:

Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
205-314-0500

CO-COUNSEL:

Bobbie S. Crook, Esq.
367 South St. Andrews Street
Dothan, Alabama 36301
334-671-8062

                /s/ Valerie D. Judah
                Valerie D. Judah
                Counsel for Defendant

OF COUNSEL:

926 South Oates Street
Dothan, AL 36301
(334) 702-1332