**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 5, 2007

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Flowers v. Wind Point Partners
      Civil Action No. 1:06-cv-00515-DRB

The above-styled case has been reassigned to Judge Terry F. Moorer.

Please note that the case number is now  *1:06-cv-00515-TFM*.

This new case number should be used on all future correspondence and pleadings in this action.