IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GENERAL FLOWERS, | * |
| PLAINTIFF, | * |
| V | * Civil Action No.: 1:06-cv-00515-TFM |
| WIND POINT PARTNERS, d/b/a TWITCHELL CORPORATION, and NORMAN BARBER, | * |
| DEFENDANTS. | * |

### ENTRY OF APPEARANCE

COMES NOW, Daniel F. Johnson, and hereby enters his appearance as an additional attorney of record for the Defendant, Wind Point Partners, d/b/a Twitchell Corporation, in this matter.

Dated this 27TH day of February, 2007.

LEWIS, BRACKIN, FLOWERS & JOHNSON

_____
DANIEL F. JOHNSON (JOH 130)
P.O. Box 1165
Dothan, Alabama 36302
(334) 792-5157
(334) 671-0977

## CERTIFICATE OF SERVICE

    I, Daniel F. Johnson, counsel for the Defendant, Wind Point Partners, d/b/a Twitchell Corporation, in the above-styled cause, hereby certify that I have served a copy of this Entry of Appearance on the following counsel of record by electronic e-file and by mailing a copy thereof, properly addressed, first class postage prepaid by United States Mail on this the 27th day of February, 2007.

Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama  35203

Bobbie S. Crook, Esq.
367 South Saint Andrews Street
Dothan, Alabama  36301

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, Alabama  36301

/s/ Daniel F. Johnson
DANIEL F. JOHNSON