IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GENERAL FLOWERS,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-CV-515-TFM |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION,** | * | |
| | * | |
| Defendant. | * | |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE DISPOSITIVE MOTION**

COME NOW the Parties, General Flowers and Wind Point Partners d/b/a/ Twitchell Corporation, and jointly move this Honorable Court to extend the dispositive motion deadline thirty (30) days for the parties to participate in mediation. In support of this motion the parties state as follows:

1. Pursuant to the Court's Scheduling Order, the dispositive motion deadline is June 6, 2007;

2. Extensive paper discovery has been conducted, the plaintiff's deposition has been taken, and the plaintiff has begun taking depositions; several depositions have been continued to give the parties an opportunity to mediate without incurring the extra expense of these depositions. Sufficient discovery has been completed for the parties to conclude that mediation may be productive at this point in the litigation;

3. The parties request a thirty (30) day extension of the dispositive motion deadline, to July 6, 2007, to avoid incurring additional legal fees and expenses, which may

hinder settlement negotiations;

4. The parties do not anticipate that any further extensions will be necessary.

WHEREFORE, the Parties jointly move the Court to enter an order granting the extension of the dipositive motion deadline to July 6, 2007, for the purpose of mediation as set out herein.

Respectfully submitted this the 23rd day of May, 2007.

| | |
|---|---|
| /s/ Bobbie S. Crook | /s/ Daniel F. Johnson |
| BOBBIE S. CROOK (CRO-040) | DANIEL F. JOHNSON (JOH-130) |
| Attorney for Plaintiff | Attorney for Defendant |
| 367 S. St. Andrews St. | P.O. Box 1165 |
| Dothan, AL 36301 | Dothan, AL 36302 |
| 334-671-8062 | 334-792-5157 |

Of Counsel:
Ann C. Robertson
Temple D. Trueblood
Attorneys for Plaintiff
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Avenue North
Birmingham, AL 35203

Of Counsel:
Valerie Judah
Attorney for Defendant
P.O. Box 2047
Dothan, AL 36302