IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GENERAL FLOWERS,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-CV-515-TFM |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION,** | * | |
| | * | |
| Defendant. | * | |

### JOINT MOTION FOR EXTENSION OF TIME
### TO FILE DISPOSITIVE MOTION

COME NOW the Parties, General Flowers and Wind Point Partners d/b/a/ Twitchell Corporation, and jointly move this Honorable Court to extend the dispositive motion deadline twenty (20) days for the parties to participate in mediation. In support of this motion the parties state as follows:

1. On May 23, 2007, the Parties jointly filed a motion to extend the dispositive motion deadline from June 6, 2007, to July 6, 2007, to allow the parties the opportunity to mediate this matter.

2. Pursuant to the Court's May 23, 2007, Order granting the extension, the dispositive motion deadline was extended to July 6, 2007;

3. Since May 23, 2007, the Parties have interrupted the costly discovery process and have diligently sought to arrange mediation. However, due to the attorneys' schedules, and the jointly chosen mediator's schedule, the Parties have been unable to arrange the mediation, and it does not appear to be possible to hold mediation until after July 4, 2007.

4. The Parties jointly request this Honorable Court grant a second extension on the Dispositive Motion deadline until July 26, 2007, to avoid incurring additional legal fees and expenses, which may hinder settlement negotiations.

5. In the event the case does not settle at mediation, an extension until July 26, 2007, will make the Dispositive Motion deadline and the Discovery deadline on the same day.

6. The parties do not anticipate that any further extensions will be necessary.

WHEREFORE, the Parties jointly move the Court to enter an order granting the extension of the dipositive motion deadline to July 26, 2007, for the purpose of mediation as set out herein.

Respectfully submitted this the 30rd day of May, 2007.

| /s/ Bobbie S. Crook | /s/ Daniel F. Johnson |
|---|---|
| BOBBIE S. CROOK (CRO-040) | DANIEL F. JOHNSON (JOH-130) |
| Attorney for Plaintiff | Attorney for Defendant |
| 367 S. St. Andrews St. | P.O. Box 1165 |
| Dothan, AL 36301 | Dothan, AL 36302 |
| 334-671-8062 | 334-792-5157 |
| | |
| Of Counsel: | Of Counsel: |
| Ann C. Robertson | Valerie Judah |
| Temple D. Trueblood | Attorney for Defendant |
| Attorneys for Plaintiff | P.O. Box 2047 |
| Wiggins, Childs, Quinn & Pantazis, L.L.C. | Dothan, AL 36302 |
| The Kress Building | |
| 301 19th Avenue North | |
| Birmingham, AL 35203 | |