UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GENERAL FLOWERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06-cv-515-TFM |
| | ) | |
| WIND POINT PARTNERS, d/b/a | ) | |
| TWITCHELL CORPORATION, | ) | |
| and NORMAN BARBER, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

For good cause shown, it is **ORDERED** that the *Joint Motion for Extension of Time to File Dispositive Motion* (Doc. 23, filed May 30, 2007), is **GRANTED**. Accordingly, the parties shall have until and including **July 26, 2007** to file any dispositive motions.

DONE this 30th day of May, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE