IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GENERAL FLOWERS**, | * |
| Plaintiff, | * |
| v. | *    Civil Action No.: |
| | *    1:06-cv-00515-TFM |
| **WIND POINT PARTNERS d/b/a** | * |
| **TWITCHELL CORPORATION**, | * |
| | * |
| Defendants. | * |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Wind Point Partners

Fabritex, Inc.

Twitchell Corporation

Respectfully submitted on this the 4TH day of June, 2007.

LEWIS, BRACKIN, FLOWERS & JOHNSON

Daniel F. Johnson (JOH130)
Attorney for Defendant
Post Office Box 1165
Dothan, AL 36302
(334) 792-5157

Of Counsel:

Valerie D. Judah
Attorney for Defendant
926 South Oates Street
Dothan, Alabama 36301
(334) 702-1332

## CERTIFICATE OF SERVICE

    I, Daniel F. Johnson, counsel for the Defendant, Wind Point Partners d/b/a Twitchell Corporation, in the above-styled cause, hereby certify that I have served a copy of the foregoing Corporate/Conflict Disclosure Statement on the following counsel of record on this the 4TH day of June, 2007.

Ann C. Robertson, Esq.
Temple D. Trueblood, Esq.
Wiggins, Childs, Quinn & Pantazis, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203

Bobbie S. Crook, Esq.
367 South Saint Andrews Street
Dothan, Alabama 36301

                                              Daniel F. Johnson