IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GENERAL FLOWERS,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:06-CV-515-DRB |
| | * | |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **NORMAN BARBER** | * | |
| | * | |
| Defendant. | * | JURY DEMAND |

## NOTICE OF MEDIATION

COMES NOW, the Petitioner, by and through the undersigned counsel, and as a follow up to the May 30, 2007, Joint Motion for Extension (Document #23), hereby notifies this Honorable Court that Mediation has been scheduled for July 5, 2007.

Respectfully submitted on this the __5th__ day of July, 2007.

        /s/ Bobbie S. Crook
**BOBBIE S. CROOK (CRO-040)**
**Attorney for Plaintiff**
367 South St. Andrews Street
Dothan, AL 36301
(334) 671-8062
(334) 677-2872
Email: bcrook100@aol.com

**OF COUNSEL:**
**ANN C. ROBERTSON**
**TEMPLE D. TRUEBLOOD**
**Wiggins, Childs, Quinn and Pantazis**
The Kress Building
301 19th Avenue North
Birmingham, AL 35203
(205) 328-0640

**CERTIFICATE OF SERVICE**

     I hereby certify that on this the 5th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

DANIEL F. JOHNSON (JOH-130)
Attorney for Defendant
P.O. Box 1165
Dothan, AL 36302
334-792-5157

Valerie Judah
Attorney for Defendant
P.O. Box 2047
Dothan, AL 36302

                                                   /s/ Bobbie S. Crook
                                                 OF COUNSEL