IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern _____ DIVISION

General Flowers
_____ ,    )
                                     )
        Plaintiff,                   )
                                     )
v.                                   )    CASE NO. 1:06-CV-515-DRB
                                     )             _____
Wind Point Partners, et al.          )
_____ ,    )
                                     )
        Defendants,                  )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW General Flowers , a Plaintiff                    in the above-captioned
matter, and in accordance with the order of this Court, making the following disclosure
concerning parent companies, subsidiaries, partners, limited liability entity members and
managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under
the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                          Relationship to Party

_____           _____

_____           _____

_____           _____

_____           _____
7/6/2007                                   /s/ Temple D. Trueblood
_____                                 _____
    Date                                   (Signature)
                                           Temple D. Trueblood
                                           _____
                                           (Counsel's Name)
                                           General Flowers
                                           _____
                                           Counsel for (print names of all parties)
                                           Wiggins, Childs, Quinn & Pantazis, LLC
                                           _____
                                           301 19th St. N.; Birmingham, Alabama 35203
                                           _____
                                           Address, City, State Zip Code
                                           (205) 314-0500
                                           _____
                                           Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION


### CERTIFICATE OF SERVICE


I,_Temple D. Trueblood, counsel for Plaintiff_____, do hereby Certify that a true and correct copy
of the foregoing has been furnished by _U.S. mail and via the CM/ECF system___(manner of service,
i.e., U.S. Mail, electronic mail, etc.) on this _6th_____day of _July_____ 20_07_, to:


Valerie D. Judah.  926 South Oates Street, Dothan, AL 36301 _____

Daniel F. Johnson, P.O. Box 1165, Dothan, AL 36302 _____

_____

_____

_____

_____


_7/6/2007_____          _/s/ Temple D. Trueblood_____
            Date                                    Signature