# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **GENERAL FLOWERS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No. 1:06-CV-515-DRB** |
| | * | |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **NORMAN BARBER** | * | |
| | * | |
| **Defendant.** | * | **JURY DEMAND** |

## NOTICE TO COURT OF MEDIATION OUTCOME

COMES NOW, the Plaintiff, by and through the undersigned counsel, and hereby notifies this Honorable Court that Mediation was held on July 5, 2007; however, the mediation was unsuccessful.  If this situation changes, Plaintiff will update this Court accordingly.

Respectfully submitted on this the ___6th___ day of July, 2007.

      /s/ Bobbie S. Crook_____
**BOBBIE S. CROOK (CRO-040)**
**Attorney for Plaintiff**
367 South St. Andrews Street
Dothan, AL 36301
(334) 671-8062
(334) 677-2872
Email:  bcrook100@aol.com

**OF COUNSEL:**
**ANN C. ROBERTSON**
**TEMPLE D. TRUEBLOOD**
**Wiggins, Childs, Quinn and Pantazis**
The Kress Building
301 19th Avenue North
Birmingham, AL 35203
(205) 328-0640

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this the 6th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel F. Johnson
Attorney for Defendant
P.O. Box 1165
Dothan, AL 36302
334-792-5157

Valerie Judah
Attorney for Defendant
P.O. Box 2047
Dothan, AL 36302


        /s/ Bobbie S. Crook
OF COUNSEL