IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GENERAL FLOWERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| VS. | ) CASE NUMBER 1:06-CV-515-DRB |
| | ) |
| **WIND POINT PARTNERS, d/b/a** | ) |
| **TWITCHELL CORPORATION** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF APPEARANCE

Comes now Wyndall A. Ivey with the law firm of Maynard, Cooper & Gale, P.C. and hereby enters his Notice of Appearance as additional counsel of record for Wind Point Partners d/b/a Twitchell Corporation.

/s/ Wyndall A. Ivey
_____
Wyndall A. Ivey (IVE003)
Attorney for Wind Point Partners d/b/a
Twitchell Corporation

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: (205) 254-1000
Fax: (205) 254-1999

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 16, 2007, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system:

Bobbie S. Crook
367 S Saint Andrews Street
Dothan, AL 36301


Ann C. Robertson
Temple D. Trueblood
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203


                                            */s/Wyndall A. Ivey*
                                            OF COUNSEL