IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GENERAL FLOWERS, | ) |
| | ) |
|        Plaintiff, | ) |
| VS. | )CASE NUMBER 1:06-CV-515-DRB |
| | ) |
| WIND POINT PARTNERS, d/b/a | ) |
| TWITCHELL CORPORATION | ) |
| | ) |
|        Defendant. | ) |

**EMERGENCY MOTION FOR PROTECTIVE ORDER**

Comes now Defendant, Wind Point Partners d/b/a Twitchell Corporation ("Twitchell") and files this Emergency Motion for Protective Order. As grounds for this Motion, Twitchell shows unto the Court the following:

1. On July 5, 2007, the parties engaged in mediation. Although the mediation was unsuccessful, during the days following the mediation the parties continued their efforts to resolve the matter.

2. On July 11, 2007, Defendant was served with deposition notices for eight individuals and the depositions are set to begin on Monday, July 23 and conclude on Tuesday, July 24.

3. Undersigned counsel has entered his Notice of Appearance and has a conflict with the date noticed by Plaintiff's counsel. Undersigned counsel has conferred with Plaintiff's counsel but was unsuccessful in reaching an agreement to move the depositions to a later date and time.

4. Additionally, the deadline to file for summary judgment is rapidly approaching and Defendant needs an extension for that deadline. Again, undersigned counsel

conferred with Plaintiff's counsel but was unable to reach an agreement.

5. Neither moving the deposition dates nor extending the deadline for summary judgment by thirty (30) days will cause prejudice to either party. However, moving the dates and extending the summary judgment deadline will allow undersigned counsel to adequately protect the interests of Twitchell.

WHEREFORE, premises considered, Twitchell Corporation requests that this Honorable Court grant its Emergency Motion for Protective Order by moving depositions noticed for July 23 and 24 and allow for a thirty (30) day extension to file any motion for summary judgment.

*/s/ Wyndall A. Ivey*
_____
Wyndall A. Ivey (IVE003)
Attorney for Wind Point Partners d/b/a
Twitchell Corporation

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: (205) 254-1000
Fax: (205) 254-1999

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2007, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system:

Bobbie S. Crook
367 S Saint Andrews Street
Dothan, AL  36301


Ann C. Robertson
Temple D. Trueblood
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203


                                                  */s/Wyndall A. Ivey*  
                                                  OF COUNSEL