# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY CRAFT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06cv00020-MEF |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| PHILLIP HAYES, | * | |
| | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-cv-515-DRB |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | |

## DEPOSITION NOTICE OF NORMAN BARBER

PLEASE TAKE NOTICE that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Norman Barber, starting at 10:00 a.m. on Thursday, May 10, 2007 at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing from day to day until completed.

Respectfully submitted,

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301.
(334) 671-8062

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 9th day of March, 2007.

OF COUNSEL

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| MARY CRAFT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06cv00020-MEF |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| PHILLIP HAYES, | * | |
| | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-cv-515-DRB |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | |

## DEPOSITION NOTICE OF PHILLIP HAYES

**PLEASE TAKE NOTICE** that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Phillip Hayes, starting at **1:30 p.m. on Thursday, May 10, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing from day to day until completed.

Respectfully submitted,

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301.
(334) 671-8062

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 9th day of March, 2007.

OF COUNSEL

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY CRAFT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06cv00020-MEF |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| PHILLIP HAYES, | * | |
| | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-cv-515-DRB |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | |

## DEPOSITION NOTICE OF DOUG MARTIN

**PLEASE TAKE NOTICE** that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Doug Martin, starting at **10:00 a.m. on Friday, May 11, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing from day to day until completed.

Respectfully submitted,

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301.
(334) 671-8062

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 9th day of March, 2007.

OF COUNSEL

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY CRAFT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06cv00020-MEF |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| PHILLIP HAYES, | * | |
| | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-cv-515-DRB |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | |

## DEPOSITION NOTICE OF MIKE GILLEY

**PLEASE TAKE NOTICE** that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Mike Gilley, starting at **1:30 p.m. on Friday, May 11, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing from day to day until completed.

Respectfully submitted,

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301.
(334) 671-8062

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 9th day of March, 2007.

OF COUNSEL

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY CRAFT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06cv00020-MEF |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| PHILLIP HAYES, | * | |
| | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-cv-515-DRB |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | |

## DEPOSITION NOTICE OF TAMI GERMAN

PLEASE TAKE NOTICE that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule

30 of the Federal Rules of Civil Procedure, will take the deposition of Tami German, starting at **10:00 a.m.**

**on Monday, May 21, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews

Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing from day

to day until completed.

Respectfully submitted,

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301.
(334) 671-8062

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 9th day of March, 2007.

OF COUNSEL

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY CRAFT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06cv00020-MEF |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| PHILLIP HAYES, | * | |
| | * | |
| Defendant. | * | |

---

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-cv-515-DRB |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | |

## DEPOSITION NOTICE OF AL MESSER

PLEASE TAKE NOTICE that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Al Messer, starting at **1:30 p.m. on Monday, May 21, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing from day to day until completed.

Respectfully submitted,

*Temple D. Trueblood* (signature)

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301.
(334) 671-8062

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 9th day of March, 2007.

*Temple D. Trueblood* (signature)

OF COUNSEL

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY CRAFT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Civil Action No.:** |
| | * | **1:06cv00020-MEF** |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| PHILLIP HAYES, | * | |
| | * | |
| Defendant. | * | |

---

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **Civil Action No.:** |
| | * | **1:06-cv-515-DRB** |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | |

## DEPOSITION NOTICE OF BILLY SNELLHOUSE

**PLEASE TAKE NOTICE** that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule

30 of the Federal Rules of Civil Procedure, will take the deposition of Billy Snellhouse, starting at 10:00

**a.m. on Tuesday, May 22, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367 S. St.

Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing

from day to day until completed.

Respectfully submitted,

*Temple D. Trueblood*

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301.
(334) 671-8062

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 9th day of March, 2007.

*Temple D. Trueblood*

OF COUNSEL

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY CRAFT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06cv00020-MEF |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| PHILLIP HAYES, | * | |
| | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-cv-515-DRB |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | |

## DEPOSITION NOTICE OF LAKISHA WILLIAMS

PLEASE TAKE NOTICE that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule

30 of the Federal Rules of Civil Procedure, will take the deposition of Lakisha Williams, starting at 1:30

p.m. on Tuesday, May 22, 2007 at the law offices of Bobbie S. Crook, Esq., located at 367 S. St.

Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing

from day to day until completed.

Respectfully submitted,

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301.
(334) 671-8062

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 9th day of March, 2007.

OF COUNSEL

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY CRAFT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06cv00020-MEF |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| PHILLIP HAYES, | * | |
| | * | |
| Defendant. | * | |

_____

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-cv-515-DRB |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | |

## DEPOSITION NOTICE OF STEPHEN JAARSMA

**PLEASE TAKE NOTICE** that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule

30 of the Federal Rules of Civil Procedure, will take the deposition of Stephen Jaarsma, starting at **10:00**

**a.m. on Wednesday, May 23, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367 S. St.

Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing

from day to day until completed.

Respectfully submitted,

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301.
(334) 671-8062

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 9th day of March, 2007.

OF COUNSEL

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GENERAL FLOWERS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **1:06-cv-515-DRB** |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **NORMAN BARBER,** | * | |
| | * | |
| **Defendant.** | * | |

## FED. R. CIV. P. 30 (b)(6) DEPOSITION OF WIND POINT PARTNERS d/b/a TWITCHELL CORPORATION

**PLEASE TAKE NOTICE** that the plaintiff, General Flowers, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, will take the deposition of the designated corporate representative or representatives of defendant Wind Point Partners d/b/a/ Twitchell Corporation, starting at **1:30 p.m. on Wednesday, May 23, 2007,** and continuing day-to-day until completed, before a reporter authorized to administer oaths, at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews Street, Dothan, Alabama 36301. Plaintiff will examine the designee(s) on the following matters:

1.      All facts surrounding the employment of General Flowers. The designee(s) should know all facts surrounding plaintiff's employment, including but not limited to, the duties assigned to plaintiff during his employment; the position(s) held by plaintiff during his employment; the quality of plaintiff's job performance; any training he received, including but not limited to training regarding sexual/racial harassment, sexual/racial discrimination and retaliation; all complaints and/or grievances made by the plaintiff to the defendant; all investigations conducted in response to any complaints and/or grievances made

by the plaintiff to the defendant; all discipline he received; all complaints and/or grievances made against the plaintiff to the defendant; all investigations conducted in response to any complaints and/or grievances made against the plaintiff to the defendant; any involvement or participation by the plaintiff in an investigation and/or complaint of sexual/racial harassment, sex/race discrimination and/or retaliation; compensation and any benefits and/or bonuses she received; payment of his wages; any transfers of the plaintiff within the company; and the facts and circumstances surrounding any discipline received by the plaintiff and/or the defendant's involvement in same; and the plaintiff's termination of employment with the defendant.

2.    All facts surrounding the employment of Mary Craft. The designee(s) should know all facts surrounding her employment; the duties assigned her during her employment; the position(s) held by her during her employment; her disciplinary history; any benefits, bonuses, and/or promotions she received; any complaints made against her by any employee of the defendant; any investigations of any such complaints made against her; any participation by her in an investigation and/or complaint of sexual/racial harassment, sex/race discrimination and/or retaliation; any training she received from the defendant, including but not limited to training regarding sexual/racial harassment, sex/race discrimination and retaliation; and her termination of employment with the defendant.

3.    All facts surrounding the employment of Phillip Hayes. The designee(s) should know all facts surrounding his employment; the duties assigned him during his employment; the position(s) held by him during his employment; his supervisory status with the defendant; his disciplinary history; any benefits, bonuses, and/or promotions he received; any complaints made against him by any employee of the defendant; any investigations of any such complaints made against him; any involvement or participation by

2

him in an investigation and/or complaint of sexual/racial harassment, sex/race discrimination and/or retaliation; and any training he received from the defendant, including but not limited to training regarding sexual/racial harassment, sex/race discrimination and retaliation.

4.    All facts surrounding the employment of Norman Barber. The designee(s) should know all facts surrounding his employment; the duties assigned him during his employment; the position(s) held by him during his employment; his supervisory status with the defendant; his disciplinary history; any benefits, bonuses, and/or promotions he received; any complaints made against him by any employee of the defendant; any investigations of any such complaints made against him; any participation by him in an investigation and/or complaint of sexual/racial harassment, sex/race discrimination and/or retaliation; and any training he received from the defendant, including but not limited to training regarding sexual/racial harassment, sex/race discrimination and retaliation.

5.    All facts surrounding the employment of Doug Martin. The designee(s) should know all facts surrounding his employment; the duties assigned him during his employment; the position(s) held by him during his employment; his supervisory status with the defendant; his disciplinary history; any benefits, bonuses, and/or promotions he received; any complaints made against him by any employee of the defendant; any investigations of any such complaints made against him; any participation by him in an investigation and/or complaint of sexual/racial harassment, sex/race discrimination and/or retaliation; and any training he received from the defendant, including but not limited to training regarding sexual harassment, race discrimination and retaliation.

6.    All facts surrounding the employment of Mike Gilley. The designee(s) should know all facts surrounding his employment; the duties assigned him during his employment; the position(s) held by him

3

discrimination and retaliation.

7.     The policies, procedures, criteria, standards, rules, or regulations utilized by the defendant for the following matters: evaluations; job assignments; discipline; transfers; termination; profanity; attendance; tardiness; medical leave; security; employee badges; sexual harassment; race discrimination; retaliation; employee complaints and/or grievances; investigation of sexual harassment complaints; the defendant's grievance procedures; and training/orientation of employees and/or supervisors on sexual harassment, race discrimination and/or retaliation at any time from 2003 until today.

8.     The nature, history and status of all charges and/or complaints (whether oral or written), investigations and/or audits of sexual harassment, sexual discrimination or retaliation made within the defendant involving Phillip Hayes and/or the decision makers applicable in this case, including the following: (a) who made the charge and/or complaint; (b) who conducted the investigation(s) or audit(s); (c) the facts or contentions involved in the charges and/or complaints, investigations or audit; (d) the disposition or status of the charges and/or complaints, investigation or audit; and, (e) the remedies, if any, provided or agreed upon to dispose of the charge and/or complaints, investigation(s) or audit(s), etc.

9.     The nature, history and status of all charges and/or complaints (whether oral or written), investigations and/or audits of racial harassment, race discrimination or retaliation made within the defendant involving Phillip Hayes and/or the decision makers applicable in this case, including the following: (a) who made the charge and/or complaint; (b) who conducted the investigation(s) or audit(s); (c) the facts or contentions involved in the charges and/or complaints, investigations or audit; (d) the disposition or status of the charges and/or complaints, investigation or audit; and, (e) the remedies, if any, provided or agreed upon to dispose of the charge and/or complaints, investigation(s) or audit(s), etc.

5

10.    The "investigation" held by the defendant regarding the internal complaints of sexual harassment, race discrimination, and retaliation, and subsequent EEOC charge(s) of the plaintiff and/or in which the plaintiff participated. Designee(s) should know who designed the "investigation", who conducted the "investigation", the conclusion of the "investigation", documents produced and/or created as a result of the "investigation," documents compiled during the "investigation," who was questioned, the conclusion of the "investigation," statements provided, and all other documents, evidence and particulars which led to the conclusion of the "investigation."

11.    Information regarding the plaintiff's allegations as outlined in the complaint.

12.    The identity and last known whereabouts of all persons employed by the defendant who made decisions regarding plaintiff's employment, including but not limited to compensation, performance appraisals, transfers, attendance, discipline, work assignments, training, and termination.

13.    The contents and dates of all decisions regarding plaintiff's compensation, performance appraisal, transfers, work assignments, discipline, training,  and termination.

14.    The organizational and operational structure of the defendant throughout the relevant time period, including but not limited to: the chain of command and division of responsibilities of all supervisors, managers, officers and executives; the division of responsibilities for EEO compliance; and the identity and last known whereabouts of management and supervisory personnel who worked directly with the plaintiff.

15.    Information regarding the recent net worth, revenues and profitability of the defendant.

16.    The number of employees who work for the defendant.

17.    Any other matters within the personal knowledge of the witness.

6

## DOCUMENT REQUEST

YOU ARE HEREBY FURTHER NOTIFIED, pursuant to Rule 30(b)(5), Federal Rules of Civil Procedures, that said designated deponent(s) shall bring to the deposition the following documents which plaintiff requests shall be available for plaintiff to examine and copy:

1.    Any and all notes or other writings or recordings said deponent(s) may have made in connection with or in any way related to the claims asserted in this action;

2.    All documents which said deponent(s) have utilized to prepare for testimony or to refresh said deponent(s) recollection as to any of the subjects set forth herein; and

3.    All documents not yet produced by defendant which are responsive to Plaintiff's First, Second, and Third Requests for Production of Documents.

4.    Any and all attendance policies even in existence of Wind Point Partners d/b/a/ Twitchell Corporation.

5.    Any and all progressive discipline policies ever in existence of Wind Point Partners d/b/a/ Twitchell Corporation.The term "document" as used herein and the full extent of its meaning as provided in Rule 34, Federal Rules of Civil Procedure, including but not limited to any written, drawn, recorded, transcribed, filed, computer-stored, or graphic matter of any sort whatsoever, however produced or reproduced, and further includes any drafts, revisions, additions, attachments, exhibits, or amendments.

Respectfully submitted,

*Ann C. Robertson*
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301.
(334) 671-8062

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 9th day of March, 2007.

OF COUNSEL

8