# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY CRAFT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06cv00020-MEF |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| PHILLIP HAYES, | * | |
| | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-cv-515-DRB |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | |

## REVISED DEPOSITION NOTICE OF LAKISHA WILLIAMS

PLEASE TAKE NOTICE that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Lakisha Williams, starting at 1:30 p.m. on Monday, May 21, 2007 at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing from day to day until completed.

Respectfully submitted,

*[signature]*
Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301.
(334) 671-8062

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 30th day of April, 2007.

*[signature]*
OF COUNSEL

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY CRAFT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06cv00020-MEF |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| PHILLIP HAYES, | * | |
| | * | |
| Defendant. | * | |

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-cv-515-DRB |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | |

### REVISED DEPOSITION NOTICE OF AL MESSER

**PLEASE TAKE NOTICE** that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Al Messer, starting at **1:30 p.m. on Tuesday, May 22, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing from day to day until completed.

Respectfully submitted,

*Ann C. Robertson* (signature)

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff

OF COUNSEL:

WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

CO-COUNSEL:

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 30th day of April, 2007.

(signature)
OF COUNSEL

2