# EXHIBIT C

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY CRAFT,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **1:06cv00020-MEF** |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **PHILLIP HAYES,** | * | |
| | * | |
| **Defendant.** | * | |

---

| | | |
|---|---|---|
| **GENERAL FLOWERS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **1:06-cv-515-DRB** |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **NORMAN BARBER,** | * | |
| | * | |
| **Defendant.** | * | |

### SECOND DEPOSITION NOTICE OF NORMAN BARBER

**PLEASE TAKE NOTICE** that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Norman Barber, starting at **9:30 a.m. on Monday, July 23, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing from day to day until completed.

Respectfully submitted,

*Bobbie S. Crook*

Bobbie S. Crook
Counsel for Plaintiff
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

OF COUNSEL:

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 11th day of July, 2007.

*Bobbie S. Crook*

OF COUNSEL

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY CRAFT,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **1:06cv00020-MEF** |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **PHILLIP HAYES,** | * | |
| | * | |
| **Defendant.** | * | |

---

| | | |
|---|---|---|
| **GENERAL FLOWERS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **1:06-cv-515-DRB** |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **NORMAN BARBER,** | * | |
| | * | |
| **Defendant.** | * | |

### SECOND DEPOSITION NOTICE OF MIKE GILLEY

**PLEASE TAKE NOTICE** that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Mike Gilley, starting at **1:00 p.m. on Monday, July 23, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing from day to day until completed.

Respectfully submitted,

Bobbie S. Crook
Counsel for Plaintiffs
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

OF COUNSEL:

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiffs
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 11th day of July, 2007.

OF COUNSEL

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY CRAFT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06cv00020-MEF |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| PHILLIP HAYES, | * | |
| | * | |
| Defendant. | * | |

---

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-cv-515-DRB |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | |

## SECOND DEPOSITION NOTICE OF TAMI GERMAN

PLEASE TAKE NOTICE that the plaintiffs, Mary Craft and General Flowers, pursuant to

Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Tami German, starting

at **3:00 p.m. on Monday, July 23, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367

S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and

continuing from day to day until completed.

Respectfully submitted,

*Bobbie S. Crook*

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

OF COUNSEL:

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 11th day of July, 2007.

*Bobbie S. Crook*

OF COUNSEL

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY CRAFT,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **1:06cv00020-MEF** |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **PHILLIP HAYES,** | * | |
| | * | |
| **Defendant.** | * | |

---

| | | |
|---|---|---|
| **GENERAL FLOWERS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **1:06-cv-515-DRB** |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **NORMAN BARBER,** | * | |
| | * | |
| **Defendant.** | * | |

### SECOND DEPOSITION NOTICE OF DOUG MARTIN

PLEASE TAKE NOTICE that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Doug Martin, starting at **9:00 a.m. on Tuesday, July 24, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing from day to day until completed.

Respectfully submitted,

*Bobbie S. Crook*

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

OF COUNSEL:

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 11th day of July, 2007.

*Bobbie S. Crook*

OF COUNSEL

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY CRAFT,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **1:06cv00020-MEF** |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **PHILLIP HAYES,** | * | |
| | * | |
| **Defendant.** | * | |

---

| | | |
|---|---|---|
| **GENERAL FLOWERS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **1:06-cv-515-DRB** |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **NORMAN BARBER,** | * | |
| | * | |
| **Defendant.** | * | |

## SECOND DEPOSITION NOTICE OF LAKISHA WILLIAMS

PLEASE TAKE NOTICE that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Lakisha Williams, starting at **11:00 a.m. on Tuesday, July 24, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing from day to day until completed.

Respectfully submitted,

*Bobbie S. Crook*

Bobbie Crook
Counsel for Plaintiffs
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

OF COUNSEL:

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiffs
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 11th day of July, 2007.

*Bobbie S. Crook*

OF COUNSEL

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY CRAFT,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **1:06cv00020-MEF** |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **PHILLIP HAYES,** | * | |
| | * | |
| **Defendant.** | * | |

---

| | | |
|---|---|---|
| **GENERAL FLOWERS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **1:06-cv-515-DRB** |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **NORMAN BARBER,** | * | |
| | * | |
| **Defendant.** | * | |

## SECOND DEPOSITION NOTICE OF BILLY SNELLHOUSE

**PLEASE TAKE NOTICE** that the plaintiffs, Mary Craft and General Flowers, pursuant to

Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Billy Snellhouse, starting

at **1:00 p.m. on Tuesday, July 24, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367

S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and

continuing from day to day until completed.

Respectfully submitted,

Respectfully submitted,

*Bobbie S. Crook*

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

OF COUNSEL:

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 11th day of July, 2007.

*Bobbie S. Crook*

OF COUNSEL

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY CRAFT, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06cv00020-MEF |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| PHILLIP HAYES, | * | |
| | * | |
| Defendant. | * | |

---

| | | |
|---|---|---|
| GENERAL FLOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No.: |
| | * | 1:06-cv-515-DRB |
| WIND POINT PARTNERS d/b/a | * | |
| TWITCHELL CORPORATION, and | * | |
| NORMAN BARBER, | * | |
| | * | |
| Defendant. | * | |

## SECOND DEPOSITION NOTICE OF AL MESSER

PLEASE TAKE NOTICE that the plaintiffs, Mary Craft and General Flowers, pursuant to Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Al Messer, starting at **2:00 p.m. on Tuesday, July 24, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367 S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and continuing from day to day until completed.

Respectfully submitted,

*Bobbie S. Crook*

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

OF COUNSEL:

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 11th day of July, 2007.

*Bobbie S. Crook*

OF COUNSEL

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARY CRAFT,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **1:06cv00020-MEF** |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **PHILLIP HAYES,** | * | |
| | * | |
| **Defendant.** | * | |

---

| | | |
|---|---|---|
| **GENERAL FLOWERS,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **Civil Action No.:** |
| | * | **1:06-cv-515-DRB** |
| **WIND POINT PARTNERS d/b/a** | * | |
| **TWITCHELL CORPORATION, and** | * | |
| **NORMAN BARBER,** | * | |
| | * | |
| **Defendant.** | * | |

## SECOND DEPOSITION NOTICE OF STEPHEN JAARSMA

**PLEASE TAKE NOTICE** that the plaintiffs, Mary Craft and General Flowers, pursuant to

Rule 30 of the Federal Rules of Civil Procedure, will take the deposition of Stephen Jaarsma, starting

at **3:30 p.m. on Tuesday, July 24, 2007** at the law offices of Bobbie S. Crook, Esq., located at 367

S. St. Andrews Street, Dothan, Alabama 36301, before a reporter authorized to administer oaths, and

continuing from day to day until completed.

Respectfully submitted,

*Bobbie S. Crook*

Bobbie S. Crook
367 South St. Andrews Street
Dothan, Alabama 36301
(334) 671-8062

OF COUNSEL:

Ann C. Robertson
Temple D. Trueblood
Counsel for Plaintiff
WIGGINS, CHILDS, QUINN & PANTAZIS, L.L.C.
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on counsel by mailing same, via first class U.S. mail, to the following:

Valerie D. Judah, Esq.
926 South Oates Street
Dothan, AL 36301

Daniel F. Johnson
P.O. Box 1165
Dothan, AL 36302

This 11th day of July, 2007.

*Bobbie S. Crook*

OF COUNSEL

2