IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Southern DIVISION

General Flowers,

    Plaintiff,

v.   CASE NO. 1:06-CV-515-DRB

Wind Point Partners, et al.,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Norman Barber, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity            Relationship to Party

_____    _____

_____    _____

_____    _____

_____    _____

July 18, 2007         /S/ Valerie D. Judah
Date                 (Signature)

Valerie D. Judah
(Counsel's Name)

Wind Point Partners & Norman Barber
Counsel for (print names of all parties)

206 N. Lena St, P O Box 2047
Dothan AL 36302
Address, City, State Zip Code

(334) 677-1000
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Southern_____ DIVISION

## **CERTIFICATE OF SERVICE**

I, __Valerie D. Judah_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _____via the CM/ECF system____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __18th__ day of __July__ 20_07_, to:

```
Ann C. Robertson, 301 19th St. North, Birmingham AL   35203
Temple Trueblood, 301 19th St. North, Birmingham AL   35203


 Bobbie C. Crook, 367 S. St Andrews St., Dothan AL   36301
```

July 18, 2007                                         /S/ Valerie D. Judah

          Date                                    Signature