UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GENERAL FLOWERS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | 1:06-cv-515-TFM |
| ) | |
| WIND POINT PARTNERS, d/b/a ) | |
| TWITCHELL CORPORATION, ) | |
| and NORMAN BARBER, ) | |
| ) | |
|    Defendants. ) | |

## **ORDER**

Pending before the Court is Defendant's *Emergency Motion for Protective Order* (Doc. 31, filed July 17, 2007) and Plaintiff's Response (Doc. 32, filed July 17, 2007). For good cause shown, it is

(1)    **ORDERED** that the *Emergency Motion for Protective Order* (Doc. 31), is **DENIED**. While the Court commends the parties for their efforts to resolve the matter via mediation and other settlement negotiations, the discovery deadline was set when the Scheduling Order was entered on August 8, 2006. *See* Doc. 17. The depositions are currently set within the discovery period and therefore, the noticed depositions shall go forward at the times set in the notices.

(2)    It is further **ORDERED** that the request for a thirty (30) day extension of the dispositive motion deadline is also **DENIED**. Earlier, the Court granted two

extensions of the dispositive motion deadline. Further extensions will unnecessarily hamper the Courts' ability to adequately consider any dispositive motions.[1]

DONE this 18th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

---

[1] The requested thirty day extension would put the deadline at August 27, 2007. Responses would be due two weeks later with any reply due one week after that. As such, the dispositive motions would not be fully submitted until September 17, 2007 only two weeks before trial.