UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GENERAL FLOWERS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:06-cv-515-TFM |
| | ) | |
| WIND POINT PARTNERS, d/b/a | ) | |
| TWITCHELL CORPORATION, | ) | |
| and NORMAN BARBER, | ) | |
| | ) | |
|    Defendants. | ) | |

## **ORDER**

The Court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby **ORDERED** that the parties file a joint stipulation of dismissal on or before **August 17, 2007**.

DONE this 30th day of July, 2007.

        /s/Terry F. Moorer
        TERRY F. MOORER
        UNITED STATES MAGISTRATE JUDGE