**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                              TELEPHONE (334) 954-3600

August 20, 2007

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Flowers v. Wind Point Partners**

**Case Number:   1:06-cv-00515-TFM**

**This Notice of Correction was filed in the referenced case this date to correct the PDF document previously attached by E-Filer to include the certificate of service..**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 36  filed on   August 17, 2007.**