IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GENERAL FLOWERS, | ) |
| | ) |
| Plaintiff, | ) |
| VS. | ) CASE NUMBER 1:06-CV-515-TFM |
| | ) |
| WIND POINT PARTNERS, d/b/a | ) |
| TWITCHELL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION FOR EXTENSION OF TIME

Come now the parties and move this Honorable Court to extend the time for the parties to file a Joint Stipulation of Dismissal. As grounds for this Motion, the parties show unto the Court the following:

1. This matter has been settled through mediation.

2. On July 30, 2007, this Court ordered the parties to file a Joint Stipulation of Dismissal on or before August 17, 2007.

3. The parties are still working on completing the paperwork to bring this matter to a close.

4. Defense counsel has conferred with Plaintiff's counsel and Plaintiff consents to joining in this Motion. Also, Plaintiff's counsel has given defense counsel permission to sign this Motion on Plaintiff's counsel's behalf.

WHEREFORE, the parties jointly move this Honorable Court to extend the time for the parties to file a Joint Stipulation of Dismissal.

/s/ Wyndall A. Ivey

Wyndall A. Ivey (IVE003)
Attorney for Wind Point Partners d/b/a
Twitchell Corporation

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: (205) 254-1000
Fax: (205) 254-1999

/s/ Temple D. Trueblood

Ann C. Robertson
Temple D. Trueblood
Attorneys for General Flowers

OF COUNSEL:

Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203