UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GENERAL FLOWERS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WIND POINT PARTNERS, d/b/a )<br>TWITCHELL CORPORATION, )<br>and NORMAN BARBER, )<br>)<br>Defendants. ) | 1:06-cv-515-TFM |

### **ORDER**

Upon consideration of the *Joint Motion for Extension of Time* (Doc. 36, filed on August 17, 2007), it is hereby **ORDERED** said motion is **GRANTED**. It is further **ORDERED** that the parties shall file the joint stipulation of dismissal on or before **September 5, 2007**.

DONE this 20th day of August, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE