IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GENERAL FLOWERS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| VS. | ) CASE NUMBER 1:06-CV-515-TFM |
| | ) |
| **WIND POINT PARTNERS, d/b/a** | ) |
| **TWITCHELL CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT MOTION TO DISMISS**

    Come now the parties in the above-captioned action and jointly move this Honorable Court to dismiss this action with prejudice. As grounds for this Motion, the parties state the following:

    1.    This matter has been resolved through the mediation process and the parties have executed a Confidential Settlement Agreement.

    2.    The parties have agreed that the terms of the Confidential Settlement Agreement shall be satisfied in full within thirty (30) days of the court entering an Order dismissing this action with prejudice. The parties reserve the right to petition this Court for enforcement and penalties should either party fail to fully satisfy their obligations under the terms of the Confidential Settlement Agreement within this time period.

    3.    Defense counsel has conferred with Plaintiff's counsel and Plaintiff consents to joining in this Motion. Also, Plaintiff's counsel has given defense counsel permission to sign this Motion on Plaintiff's counsel's behalf.

    WHEREFORE, the parties jointly move this Honorable Court to dismiss this action with prejudice.

                                                      /s/ Wyndall A. Ivey
_____
Wyndall A. Ivey (IVE003)
Attorney for Wind Point Partners d/b/a
Twitchell Corporation

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: (205) 254-1000
Fax: (205) 254-1999

                                                        /s/ Temple D. Trueblood
_____
Ann C. Robertson
Temple D. Trueblood
Attorneys for General Flowers

OF COUNSEL:

Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, AL  35203