UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GENERAL FLOWERS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | 1:06-cv-515-TFM |
| ) | |
| WIND POINT PARTNERS, d/b/a ) | |
| TWITCHELL CORPORATION, ) | |
| and NORMAN BARBER, ) | |
| ) | |
|    Defendants. ) | |

## ORDER

Pursuant to the *Joint Motion to Dismiss* (Doc. 39, filed September 5, 2007), it is, for good cause, **ORDERED** that

(1)    This action is **DISMISSED with prejudice**. Unless otherwise addressed in settlement agreement, the parties shall bear costs separately incurred.

DONE this 6th day of September, 2007.

    /s/Terry F. Moorer
    TERRY F. MOORER
    UNITED STATES MAGISTRATE JUDGE