UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GENERAL FLOWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:06-cv-515-TFM |
| ) | |
| WIND POINT PARTNERS, d/b/a ) | |
| TWITCHELL CORPORATION, ) | |
| and NORMAN BARBER, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the **ORDER, JUDGMENT, and DECREE** of the Court that this case be **DISMISSED with prejudice**.

The Clerk of the Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 6th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE